# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>  v.<br>MANISH SHARMA,<br>    Defendant. | Case No. 18-mj-71384-JCS-1<br><br>Charging District's Case No.<br>10-CR-00116 HDM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Nevada (Reno)

The defendant may need an interpreter for this language: NA.

  The defendant:  ( ) will retain an attorney.

           (X) is requesting court-appointed counsel.

  The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: October 4, 2018

                     _____
                     JOSEPH C. SPERO
                     Chief Magistrate Judge